UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES RAY OSBORN,              )<br>                                                       )<br>         Plaintiff,                         )<br>                                                       )<br>VS.                                                 )<br>                                                       )<br>THE BANK OF NEW YORK MELLON )<br>f/k/a BANK OF NEW YORK, as Trustee  )<br>for the Certificate Holders of the CWABS )<br>Inc., Asset-Backed Certificate Series       )<br>2005-4,                                            )<br>                                                       )<br>         Defendant.                      ) | CIVIL ACTION NO.<br><br>3:16-CV-0308-G (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of the United States Magistrate Judge Paul D. Stickney.  The district court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the court accepts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that defendant The Bank of New York Mellon f/k/a Bank of New York, as Trustee's motion to dismiss plaintiff's original petition (docket

entry 6) is **GRANTED**.  All of plaintiff's claims contained in his original petition are **DISMISSED**.  Plaintiff shall have 14 days to file an amended complaint.

June 7, 2016.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**